**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500



MOTION INFORMATION STATEMENT

Docket Number(s): 14-4300

Caption [use short title]:

Motion for: Stay Issuance of mandate

Set forth below precise, complete statement of relief sought:

Motion to stay issuance of mandate to seek review (cert. review)

MOVING PARTY: Movant - Appellant
OPPOSING PARTY: ___

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Anthony Viera, Pro Se
OPPOSING ATTORNEY: JP Morgan Chase
[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: ___

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): ___

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No If yes, enter date: ___

**Signature of Moving Attorney:**
___ Date: ___

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: ___

Has service been effected? ☒ Yes ☐ No [Attach proof of service]

ORDER

**IT IS HEREBY ORDERED THAT** the motion is ___ DENIED.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: ___ By: ___

Form T-1080

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States of America v.

JP Morgan

**CERTIFICATE OF SERVICE**
Docket Number: 14-4300

I, _Adam L. Vila_ (name), hereby certify under penalty of perjury that on _12/22/15_ (date), I served a copy of _Motion to stay issuance of mandate_ (list all documents)

by (select all applicable)*

- [x] United States Mail
- [ ] Federal Express
- [ ] Other Mail
- [ ] (illegible)
- [ ] Email
- [ ] (illegible)

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| (illegible) | (illegible) | (illegible) | NY | (illegible) |
| (illegible) | (illegible) | (illegible) | NY | (illegible) |
| (illegible) | (illegible) | (illegible) | (illegible) | (illegible) |
| | | | | |

Today's Date: 12/22/15

Signature: _____

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

Anthony L. Viola  ID # 32238-160
McKean FCI - P.O. Box 8000
Bradford, Pa.  16701

November 25, 2015

Clerk of Court
United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

RE: USA v. JP Morgan Chase, et.al.; Court of Appeals Case # 14-4300

Dear Sirs:

I am pleased to enclose a Motion to Stay Issuance of the Mandate in the matter captioned above so that I may seek Supreme Court review of the Court's decision.

Thank you very much for your assistance.

Respectfully,

Tony Viola

cc: Mr. Christopher Harwood - Assistant U.S. Attorney
    Mr. Alexander Southwell - Counsel for JP Morgan
    Mr. David Wasinger - Counsel for Relator

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| United States of America, ex. rel Keith Edwards appearing QUI TAM, x x x | |
| Plaintiff-Appellee, x x | Case # 14-4300 |
| Anthony L. Viola, x x | **MOTION TO STAY** |
| Movant-Appellant, x x | **ISSUANCE OF MANDATE** |
| -vs.- x x | **TO PERMIT SUPREME** **COURT REVIEW** |
| JPMorgan Chase & Co., JP Morgan Chase Bank, N.A., x x | |
| Defendants-Appellees. x x | |

Now comes Anthony L. Viola, Movant-Appellant, respectfully requesting that This Most Honorable stay issuance of the mandate in this case to permit submission of a Writ of Certiorari to the United States Supreme Court.

Thank you very much for your consideration of this request.

Respectfully Submitted,

*[signature]*

Anthony L. Viola # 32238-160
McKean Federal Correctional
Institution - P.O. Box 8000
Bradford, Pa. 16701

November 25, 2015

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

United States of America, ex rel. Keith Edwards
appearing QUI TAM,

    Plaintiff-Appellee,

Anthony L. Viola,

    Movant-Appellant,

  -vs.-

JPMorgan Chase & Co,
JPMorgan Chase Bank, N.A.,

    Defendants-Appellees.

**CERTIFICATE OF SERVICE**

Case # 14-4300

I, Anthony L. Viola, hereby certify under penalty of perjury that on November 25, 2015, I served a copy of the foregoing Motion to Stay Issuance of the Mandate by regular U.S. mail, postage prepaid, upon the following individuals:

| PARTY | COUNSEL OF RECORD |
|---|---|
| UNITED STATES OF AMERICA | Mr. Christopher Harwood, AUSA<br>Southern District of New York<br>86 Chambers Street<br>New York, NY 10007 |
| JP MORGAN CHASE & CO. and<br>JP MORGAN CHASE BANK, N.A. | Mr. Alexander Southwell, Esq.<br>Mr. Jefferson Bell, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue - 47th Floor<br>New York, NY 10166 |
| KEITH EDWARDS | Mr. David Wasinger<br>The Wasinger Law Group, P.C.<br>1401 S. Brentwood Blvd.<br>St. Louis, MO. 63144 |

11/25/15
DATE

SIGNATURE

Federal Correctional Institution McKean
Name: **Anthony L. Viola**
Reg. #: 32238-160
P.O. Box 8000
Bradford, PA 16701

ROCHESTER NY 144
M40LD 3 DEC 2015 PM 4 L
SDNY



Clerk of Court

⇔32238-160⇔
Clerks Office
U.S. Courthouse
2nd Cir. Foley SQ
Court of Appeals
NEW YORK, NY 10007
United States

10007-1501